UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAARELIN PEREZ o/b/o
MARIENGIS N. PEREZ,

       Plaintiff,   :   ORDER

    -against-   :   07 Civ. 10372 (JSR)(KNF)

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The plaintiff commenced this action seeking a review of the final decision of the defendant, through which the plaintiff's application for Supplemental Security Income benefits was denied. The defendant has answered the complaint. Therefore, on or before June 9, 2008, any dispositive motion shall be served and filed; the response to the motion shall be served and filed on or before June 30, 2008; and any reply shall be served and filed on or before July 14, 2008.

Dated: New York, New York
       May 8, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Michael D. Hampden, Esq.
John E. Gura, Esq.