MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                           :
MAARELIN PEREZ                             :
    o/b/o MARIENGIS N. PEREZ,              :
                                           :   **REVISED BRIEFING**
                    Plaintiff,             :   **SCHEDULE**
                                           :
        - v. -                             :   07 Civ. 10372 (JSR)(KNF)
                                           :
MICHAEL J. ASTRUE,                         :
Commissioner of Social Security,           :
                                           :
                    Defendant.             :
                                           :
- - - - - - - - - - - - - - - - - - - - - x

Defendant having filed his answer to the complaint on May 1, 2006,

IT IS HEREBY ORDERED that:

1. Any motion for judgment on the pleadings shall be served and filed on or before June 16, 2008;

2. the response to the motion shall be served and filed on or before July 7, 2008; and

3. any reply shall be served and filed on or before July 21, 2008.

SO ORDERED: 6/9/08

_____
Kevin Nathaniel Fox
United States Magistrate Judge