USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 07/25/08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

July 21, 2008

RECEIVED
JUL 21 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

BY FAX
Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 530
New York, New York 10007-1312

    Re:    Maarelin Perez o/b/o Mariengis N. Perez v. Astrue
            07 CV 10372 (JSR)(KNF)

Dear Judge Fox:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of time in which to file defendant's reply.

    Pursuant to the Court's order of June 9, 2008, motions were to be served and filed by June 16, 2008; responses were to be served and filed on or before July 7, 2008; and any reply was to be served and filed on or before today, July 21, 2008. Defendant served and filed his motion for judgment on the pleadings on June 16, 2008 and served and filed a response to plaintiff's motion on July 7, 2008. Due to a misunderstanding, plaintiff served and filed her response today, in the form of a reply. In order to reply to plaintiff's response, I respectfully request a two-week extension of time to serve and file defendant's reply, to August 4, 2008. Plaintiff has consented to this request.

    Thank you for your consideration of this matter.

7/25/08
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _Susan C. Branagan_
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

Enclosure
cc: Michael Hampden, Esq. (w/encl.)