

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

RECEIVED
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

August 1, 2008

BY FAX
Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 530
New York, New York 10007-1312

    Re:  <u>Maarelin Perez o/b/o Mariengis N. Perez v. Astrue</u>
         07 CV 10372 (JSR)(KNF)

Dear Judge Fox:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to inform the Court of recent events and to request an extension of time in which to file defendant's reply.

    Pursuant to the Court's order of July 25, 2008, defendant must file his reply on or before Monday, August 4, 2008. After reconsidering his position in this matter, the Commissioner decided to offer plaintiff a remand for further administrative proceedings. I sent a proposed stipulation for remand to plaintiff today, August 1, 2008. To allow plaintiff time to consider the proposed remand, I respectfully request that the time by which defendant must file his reply be extended by thirty days, to September 3, 2008. This is the government's third request for an extension. I attempted to obtain plaintiff's consent by contacting her attorney, but he will not return from vacation until Monday.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan C. Branagan
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Michael Hampden, Esq.

---

8/4/08

On or before August 12, 2008, the defendant shall serve and file his reply or submit to the Court a copy of the fully executed stipulation referenced above.

SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.